■ FRIENDS REALTY ASSOCIATES, LLC, Appellant, v WELLS FARGO BANK, N.A.P., Formerly Known as WELLS FARGO BANK MINNESOTA, N.A.P., as Trustee for the Registered Holders of DLJ COMMERCIAL MORTGAGE CORP., COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2000-CKP1, Respondent. [836 NYS2d 565]—

Order, Supreme Court, New York County (Leland DeGrasse, J.), entered on or about May 9, 2006, which, inter alia, denied plaintiff's motion for summary judgment and granted defendant's cross motion for summary judgment to the extent of declaring that plaintiff was not entitled to prepay its loan during the sixth loan year without prepayment consideration, unanimously affirmed, with costs.

"It has been settled law since the early 19th century that a mortgagor has no right to pay off his obligation prior to its stated maturity date in the absence of a prepayment clause in the mortgage or contrary statutory authority" (*Matter of Arthur v Burkich*, 131 AD2d 105, 106 [1987]). Because the note here is silent as to prepayment during the sixth loan year, the court did not err in its interpretation that plaintiff/mortgagor did not have an unambiguous right to prepay without penalty.

We have considered plaintiff's remaining arguments and find them without merit. Concur—Mazzarelli, J.P., Saxe, Sullivan, Nardelli and Gonzalez, JJ.

■ In the Matter of WOODROW FLEMMING, Petitioner, v JAMES A. YATES et al., Respondents. [835 NYS2d 522]—Application for an order pursuant to article 78 of the Civil Practice Law and Rules denied and the petition dismissed, without costs or disbursements. All concur. No opinion. Order filed. Concur—Friedman, J.P., Marlow, Williams, Buckley and McGuire, JJ.